## FIRST DEPARTMENT, SEPTEMBER, 1979

## (September 7, 1979)

■ In the Matter of THOMAS DE VINE, Petitioner, v BUDD G. GOODMAN, Respondent.—Application pursuant to CPLR article 78 denied and petition dismissed, without costs and without disbursements. Concur—Murphy, P. J., Birns, Bloom, Markewich and Silverman, JJ.